IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40306
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CHRISTOPHER TAYLOR,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 2:98-CR-18-1
--------------------
April 27, 2001

Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges.

PER CURIAM:[*]

     Christopher Taylor appeals from a jury verdict finding him guilty of one count of distribution of cocaine base within 1,000 feet of a playground in violation of 21 U.S.C. §§ 841(a)(1), 860 and one count of distribution of cocaine base in violation of 21 U.S.C. § 841(a)(1).  Taylor challenges the sufficiency of the evidence to support his convictions.  Officer Evins testified that he bought cocaine from Taylor on two different occasions and that one of the transactions took place within 1,000 feet of a playground.  We hold that the evidence was sufficient to permit a

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

rational trier of fact to find the essential elements of the offense beyond a reasonable doubt.  See United States v. Bell, 678 F.2d 547, 549 (5th Cir. 1982)(en banc), aff'd, 462 U.S. 356 (1983).

Taylor also challenges the district court's order denying his motion to quash the jury panel.  Because Taylor presented no evidence that any underrepresentation of African-Americans in his jury venire was due to a systematic exclusion of that group in the jury selection process, there was no error by the district court.  See United States v. Sotelo, 97 F.3d 782, 790-91 (5th Cir. 1996).

AFFIRMED.